ACCEPTED
14-15-00872-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
10/23/2015 5:40:44 PM
CHRISTOPHER PRINE
CLERK

# No. 14-15-00872-CV

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
10/23/2015 5:40:44 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS
FOR THE FOURTEENTH DISTRICT OF TEXAS

## Ryan Lopez, *appellant*

## v.

## Ensign U.S. Southern Drilling, LLC, and Freeport-McMoran Oil & Gas, LLC d/b/a Plains Exploration & Production Company, *appellees*

On Appeal from the 281st District Court
Harris County, Texas

Tr. Ct. No. 2014-21405

## NOTICE OF DESIGNATION OF COUNSEL

TO THE FOURTEENTH COURT OF APPEALS:

Appellant, Ryan Lopez, files this notice of designation of counsel pursuant to Rule 6.1(c) of the Texas Rule of Appellate Procedure. Timothy A. Hootman will be counsel on appeal by Mr. Lopez.

1

Respectfully submitted,

/s/Timothy A. Hootman
Timothy A. Hootman
SBN 09965450
2402 Pease St
Houston, TX 77003
713.247.9548
713.583.9523 (f)
Email: thootman2000@yahoo.com

ATTORNEY FOR APPELLANT, RYAN LOPEZ

# CERTIFICATE OF SERVICE

I hereby certify that, in accordance with Rule 9.5 of the Texas Rules of Appellate Procedure, I have served the forgoing document upon the following attorneys by electronic service:

Robert L. Buford
440 Louisiana, Ste 900
Houston, TX 77002

Walter Joseph Gallant
Lewis Brisbois Bisgaard & Smith, LLP
24 Greenway Plaza
Houston, TX 77046

Dated: October 23, 2015.

/s/Timothy A. Hootman
Timothy A. Hootman